

FILED
JUN 2 7 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  nip  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEKSANDER KOMADINOVIC,<br><br>Defendant | Case No. 22MJ8370<br><br>**ORDER SEALING UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER AND SET CONDITIONS FOR RELEASE** |

Upon motion of the United States of America and for good cause shown, IT IS HEREBY ORDERED that the United States' United States' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER AND SET CONDITIONS FOR RELEASE be sealed until further order of this Court.

DATED: 6/27/2022

Hon. Mitchell D. Dembin
United States Magistrate Judge